UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: CASE NO.: 1:15-CV-24188-DPG

BISMARCK JOSE CASTELLANO and all others similarly situated under 29 U.S.C. 216(b),

      Plaintiff,

vs.

AUTO PAINTING U.S.A. ENTERPRISES, INC. d/b/a AUTO PAINTING USA COLLISION,
THOMAS J KOBUS,

      Defendants.

## STATEMENT OF CLAIM

Plaintiff, by and through the undersigned counsel and files his Statement of Claim and states as follows

Period of time: July 15, 2013 – October 30, 2015

- Number of Weeks in Period: 119 Weeks
- Average Hours: 54
- Rate of Pay: $11.25 per hour
- Time and a Half Overtime Rate: $16.875
- Time and a Half Overtime Claimed: (119 weeks * 14 hours per week * 16.875 overtime rate) = $28,113.75
- Liquidated Damages Claimed: $28,113.75.

- Total Amount Claimed: ($28,113.75 + $28,113.75) = **$56,227.5** + **Attorneys Fees and Costs**

Dated this 31st day of December, 2015.

                Respectfully Submitted,

                J.H. Zidell, P.A.
*Attorneys for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By: /s/ Elizabeth O. Hueber
Elizabeth Olivia Hueber
Florida Bar Number: 0073061

## CERTIFICATE OF SERVICE

I hereby certify that as of December 31st, 2015 that this matter has been filed with the CM/ECF system for the United States District Court for the Southern District of Florida, and served by CM/ECF on all counsel or parties of record in the Service List below.

J.H. Zidell, P.A.
*Attorneys for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By: /s/ Elizabeth O. Hueber
Elizabeth Olivia Hueber
Florida Bar Number: 0073061

## SERVICE LIST

Daniel R. Levine, Esq.
Bennardo Levine, LLP
1860 NW Boca Raton Blvd.
Boca Raton, FL 33432
Phone: 561 392-8074
Fax: 561-368-6478
Email: drlevine@bennardolevine.com
*Attorney for Defendants*