UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 15-cv-24188-GAYLES/Turnoff

**BISMARCK JOSE CASTELLANO**,

    Plaintiff,

vs.

**AUTO PAINTING U.S.A. ENTERPRISES, INC.**, *et al.*,

    Defendants.
_____/

## SCHEDULING ORDER SETTING CIVIL TRIAL DATE AND PRETRIAL SCHEDULE, REQUIRING MEDIATION, AND REFERRING CERTAIN MOTIONS TO MAGISTRATE JUDGE

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **10/17/2016**. The **Calendar Call** will be held at **9:30 a.m. on Wednesday, 10/12/2016**. A **Status Conference** will be held at **9:30 a.m. on Wednesday, 04/27/2016.** The parties shall adhere to the following schedule:

| | | |
|---|---|---|
| 1. | Joinder of any additional parties due by | **02/22/2016** |
| 2. | Filing of motions to amend the complaint and filing of motions for class certification due by | **02/22/2016** |
| 3. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial due by | **01/22/2016** |
| 4. | Plaintiff(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **01/22/2016** |
| 5. | Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **02/05/2016** |
| 6. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) due by | **02/19/2016** |
| 7. | Selection of mediator due by | **02/05/2016** |

| | |
|---|---|
| 8.  Fact discovery shall be completed by | **06/15/2016** |
| 9.  Expert discovery shall be completed by: | **06/15/2016** |
| 10. Dispositive motions, including those regarding summary judgment and *Daubert*, must be filed by | **06/29/2016** |
| 11. Mediation shall be completed by | **04/04/2016** |
| 12. All pretrial motions and memoranda of law must be filed by | **08/19/2016** |
| 13. Motions in limine must be filed by | **08/19/2016** |
| 14. Joint pretrial stipulation, proposed joint jury intructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law must be filed by | **09/19/2016** |

**Motions.** Every motion filed in this case shall be accompanied by **one proposed original order granting** the motion. Each party shall be limited to filing one (1) motion in limine. Unless otherwise specified by the Court, every motion shall be double spaced in 12-point Times New Roman typeface. **Multiple Plaintiffs or Defendants shall file joint motions with co-parties unless there are clear conflicts of position**.

**Referral to Magistrate Judge.** Pursuant to 28 U.S.C. § 636, all discovery matters are referred to **Magistrate Judge William C. Turnoff to take all appropriate action. Furthermore, pursuant to 28 U.S.C. § 636(c)(1), the parties may consent to trial and final disposition by Magistrate Judge Turnoff.**

**Discovery**. The parties may stipulate to extend the time to answer interrogatories, produce documents, and answer requests for admissions. The parties shall not file with the Court notices or motions memorializing any such stipulation unless the stipulation interferes with the deadlines set forth above. Stipulations that would so interfere may be made only with the Court's approval. *See* Fed. R. Civ. P. 29. In addition to the documents enumerated in Local Rule

2

26.1(b), the parties shall not file notices of deposition with the Court.  Strict compliance with the Local Rules is expected, particularly with regard to motion practice.  *See* S.D. Fla. L.R. 7.1.

**Discovery Disputes**. Magistrate Judge Turnoff holds a regular discovery calendar.  **No written discovery motions, including motions to compel, for protective order, or related motions for sanctions shall be filed unless the Magistrate Judge so directs at his discovery calendar.**  The parties shall follow the attached discovery procedures for Magistrate Judge Turnoff.

**DONE AND ORDERED** in Chambers at Miami, Florida, this **4th Day of January, 2016.**

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Turnoff
 All Counsel of Record

**DISCOVERY PROCEDURES FOR
MAGISTRATE JUDGE WILLIAM C. TURNOFF**

The following discovery procedures apply to all civil cases assigned to United States District Judge Darrin P. Gayles.

If a discovery dispute arises, the parties **must** confer in a good faith effort to resolve the dispute.

**MOTION CALENDAR** -

If the parties are unable to resolve any discovery dispute without Court intervention, within fourteen (14) days of the problem arising and prior to filing a written motion, the moving party shall contact the chambers of **Magistrate Judge William C. Turnoff at (305) 523-5710**, and place the matter on the next available discovery calendar. The movant shall contact chambers no later than noon on the Friday preceding the discovery calendar, and shall do so ONLY after conferring with opposing counsel and confirming his or her availability for the discovery calendar.

Judge Turnoff will hold a regular discovery calendar every **Thursday, from 2:00 p.m. to 4:00 p.m.**, in Courtroom XI, on the 11th Floor of the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue.

**NOTICE OF HEARING** -

On the same day that the matter is placed on the discovery calendar, the movant shall file and serve a Notice of Hearing on opposing counsel and Judge Turnoff via CM/ECF. The Notice of Hearing shall briefly specify the substance of the discovery matter to be heard. No more than ten (10) minutes per side will be permitted . The movant shall include in this Notice of Hearing a certificate of good faith that complies with S.D. Fla. L. R. 7.1 (A)(3).

No later than noon on the Monday preceding the discovery calendar, the parties shall provide Judge Turnoff with a copy of all source materials relevant to the discovery dispute, via hand-delivery or the CM/ECF mailbox (turnoff@flsd.uscourts.gov). (For example, if the dispute concerns interrogatories, the interrogatories at issue and the response thereto shall be provided to Judge Turnoff's chambers.)

**NO WRITTEN DISCOVERY MOTIONS** -

To minimize the need for discovery motions, no written discovery motions, including motions to compel, for protective order, or related motions for sanctions shall be filed, unless the Court so directs at the discovery calendar. The Court expects all parties to engage in reasonable compromise to facilitate the resolution of their discovery disputes. The Court may impose sanctions, monetary or otherwise, if the Court determines discovery is being improperly sought or is being withheld in bad faith.