UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:15-24188-DPG (Gayles/Turnoff)

BISMARCK JOSE CASTILLO, and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

vs.

AUTO PAINTING U.S.A. ENTERPRISES,
INC. d/b/a AUTO PAINTING USA
COLLISION, THOMAS J. KOBUS,

    Defendants.
_____/

### DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM

Defendants, by and through their undersigned counsel, pursuant to this Court's December 8, 2015 Notice of Court Practice [DE 10], hereby file their response to Plaintiff's statement of claim, and state as follows:

Plaintiff's statement of claim is patently false. Prior to the commencement of this lawsuit, the United States Department of Labor conducted an audit/investigation of the corporate Defendant's pay practices, for the time period in question. Plaintiff was included as a part of that audit/investigation. The United State Department of Labor concluded that Plaintiff was owed $1,395.25 in back wages (unpaid overtime).

Plaintiff refused to accept the DOL's computations and filed the instant lawsuit. Defendants already have served an offer of judgment, proposing to pay Plaintiff the $1,395.25 that the DOL found he was due, along with an additional payment of $1,395.25 as liquidated (double) damages, along with reasonable costs and attorneys' fees. Plaintiff failed to accept that offer.

The supporting documents are being served on Plaintiff contemporaneously with this filing, in full compliance with the Court's Notice of Court Practice.

Dated: January 21, 2016  
       Boca Raton, FL

Respectfully submitted,

*s/ Daniel R. Levine*  
DANIEL R. LEVINE, ESQ.  
Florida Bar No. 0057861  
E-mail:  drlevine@bennardolevine.com  
BENNARDO LEVINE LLP  
1860 NW Boca Raton Blvd.  
Boca Raton, FL  33432  
Telephone:     (561) 392-8074  
Facsimile:     (561) 368-6478  
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Daniel R. Levine*
DANIEL R. LEVINE, ESQ.

## SERVICE LIST

*Bismarck Jose Castellano v. Auto Painting U.S.A. Enterprises, Inc., et al.*
Case No. 1:15-cv-24188-DPG (Gayles/Turnoff)
United States District Court, Southern District of Florida

| | |
|---|---|
| Jamie H. Zidell, Esquire<br>E-Mail: zabogado@aol.com<br>J.H. Zidell, P.A.<br>300 - 71st Street, Suite 605<br>Miami Beach, FL 33141<br>Telephone: (305) 865-6766<br>Facsimile: (305) 865-7167<br>Counsel for Plaintiff<br>*Via CM/ECF* | Daniel R. Levine, Esquire<br>E-Mail: drlevine@bennardolevine.com<br>Bennardo Levine LLP<br>1860 NW Boca Raton Blvd.<br>Boca Raton, FL 33432<br>Telephone: (561) 392-8074<br>Facsimile: (561) 368-6478<br>Counsel for Defendants<br>*Via CM/ECF* |
| Stephen M. Fox, Jr., Esquire<br>E-Mail: stephen.fox.esq@gmail.com<br>J.H. Zidell, P.A.<br>300 - 71st Street, Suite 605<br>Miami Beach, FL 33141<br>Telephone: (305) 865-6766<br>Facsimile: (305) 865-7167<br>Counsel for Plaintiff<br>*Via CM/ECF* | Elizabeth O. Hueber, Esquire<br>E-Mail: EOHueber@gmail.com<br>J.H. Zidell, P.A.<br>300 - 71st Street, Suite 605<br>Miami Beach, FL 33141<br>Telephone: (305) 865-6766<br>Facsimile: (305) 865-7167<br>Counsel for Plaintiff<br>*Via CM/ECF* |